IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA BAIRES,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. C 09-5171 CRB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

Plaintiff's unopposed Motion for Leave to File Amended Complaint is GRANTED.

**IT IS SO ORDERED.**

Dated: April 30, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5171\Order re Leave to Amend.wpd