JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7264
    Facsimile:    (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA BAIRES, et al., | No.:  C 09-05171 CRB |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER |
| vs. | |
| THE UNITED STATES OF AMERICA; et al., | Honorable Charles R. Breyer |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER

The signing parties in the above-captioned matter hereby jointly request that this Court enter the following adjustments to the Court's May 28, 2010 Scheduling Order:

The parties agree and request that the Court order that Federal Defendants shall be granted an additional four days, or until June 11, 2010, to file responsive pleadings/motions to the First Amended Complaint.  Plaintiffs shall have until and including June 28, 2010 to file an opposition to any motions and defendants' replies will be due July 2, 2010.   The hearing will be continued for one week from July 9, 2010 to July 16, 2010.

These adjustments to the briefing and hearing schedule have been agreed to in order to allow the parties sufficient time to adequately brief the issues for the Court's consideration.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: June 12, 2010.            REED SMITH LLP

By    /s/
      Jayne E. Fleming
      Mary Oppedahl
      James M. Wood
      Ray Cardozo
      Barry Thompson
      Amy Lifson-Leu
      Katie B. Annand
      Attorneys for Plaintiffs
      Dora Baires, individually, and on behalf of the
      estate of Juan Carlos Baires; and Teofilo Miranda

DATED: June 11, 2010.            Joseph P. Russoniello, United States Attorney

By    /s/
      Abraham A. Simmons
      Assistant United States Attorney
      Attorneys for Defendant United States

**[~~PROPOSED~~] ORDER**

It is so **Ordered.**

DATED: _____June 21___, 2010



United States District Court Judge

– 2 –