Jayne E. Fleming (SBN 209026)
James M. Wood (SBN 58679)
Mary Oppedahl (SBN 111119)
Ray Cardozo (SBN 173263)
Amy Lifson-Leu (SBN 260062)
Katie B. Annand (SBN 260343)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Barry Thompson (SBN 150349)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for DORA BAIRES, individually, and on behalf the estate of JUAN CARLOS BAIRES; and Teofilo MIRANDA, an individual.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DORA BAIRES, et al., | No.: C 09-05171 CRB |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS** |
| vs. | |
| THE UNITED STATES OF AMERICA; et al., | |
| Defendants. | |

– 2 –

## STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rule 7-7, Plaintiffs Dora Baires and Teofilo Miranda ("Plaintiffs") and Defendants United States of America, Janet Napolitano, John P. Torres, James T. Hayes, Nancy Alcantar, Jeffrey Sherman, Jose Rodriguez, and Timothy Shack (collectively "Federal Defendants"), through their respective counsel of record, agree and stipulate to a continuance of the hearing date on the Federal Defendants' Motion to Dismiss as follows:

1. On June 11, 2010, the Federal Defendants filed the Individual Federal Defendants' Notice of Motion and Motion to Dismiss Or, in the Alternative, for Summary Judgment.

2. On June 12, 2010, the Federal Defendants filed the United States' Amended Notice of Motion and Motion to Dismiss or, in the Alternative, for Summary Judgment ("Individual Federal Defendants' Notice of Motion and Motion to Dismiss Or, in the Alternative, for Summary Judgment" and "Amended Notice of Motion and Motion to Dismiss or, in the Alternative, for Summary Judgment" collectively herein "Motions to Dismiss").

3. On June 12, 2010, the Federal Defendants filed a Stipulation and Proposed Order setting forth a briefing schedule for the Motions to Dismiss, proposing a hearing date of July 16, 2010.

4. On June 21, 2010, the Court entered the order setting the hearing date on the Motions to Dismiss for July 16, 2010.

5. On July 7, 2010, the Court notified the parties that it continued the hearing date on the Motions to Dismiss to August 6, 2010.

6. Jayne Fleming is the lead attorney for Plaintiffs and she will argue the motions. She will be leading a human rights mission in Haiti from July 27, 2010 through August 4, 2010. She will not return to California until August 7, 2010. Two other human-rights experts (Karen Musalo and Robert Rubin) will be part of this mission and they have already blocked out these dates and purchased their tickets for the trip. Changing the dates would pose extreme difficulty.

7. Defendants do not oppose the continuance of the hearing on their Motions to Dismiss.

8. Counsel for Defendants, Abraham Simmons, is available on August 13, 2010 and

August 27, 2010.  Plaintiffs are also available on these dates.

9. The parties have fully briefed the Motions to Dismiss.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel of record that:

The hearing on the Federal Defendants' Motions to Dismiss be continued to August 13, 2010, or in the alternative, to August 27, 2010.  Any continuance of the hearing date will not affect any briefing deadlines, as the matter is fully briefed.

**IT IS SO STIPULATED**

DATED:  July 8, 2010.

REED SMITH LLP

By_____/s/ Jayne Fleming_____
    Jayne Fleming
    Attorneys for Plaintiffs

DATED:  July 8, 2010.

JOSEPH P. RUSSONIELLO

By_____/s/ Abraham Simmons_____
    Abraham Simmons
    Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED _____July 12__, 2010.

_____
Honorable Charles R. Breyer
United States District Court Judge



STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS

US_ACTIVE-104083077.1