MELINDA HAAG (CSBA 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (CSBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7264
    Facsimile:    (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORA BAIRES, et al., <br>                 Plaintiff, <br><br>         v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br>                 Defendants. | No.: C 09-05171 CRB <br><br> **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS** <br><br> Date:   August 26, 2010 <br> Time:   10:00 a.m. (current) <br> Place:  Courtroom 8, 19th Fl. <br> Before: Honorable Charles R. Breyer |

**STIPULATION AND ORDER**

The parties to the above-captioned matter hereby jointly request that this Court enter an order continuing the August 26th hearing on Defendant's Motion To Dismiss from 10:00 a.m. until 2:00p.m. the same day.  This request is made because the Court rescheduled the hearing to a date and time that conflicts with another appearance that Federal Defendants' counsel must make.

Alternatively, the parties request that the hearing be continued until Friday, September 3,

///

///

2010 at 10:00 a.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: August 19, 2010     REED SMITH LLP

By  /s/
   Jayne E. Fleming
   Mary Oppedahl
   James M. Wood
   Ray Cardozo
   Barry Thompson
   Amy Lifson-Leu
   Katie B. Annand
   Attorneys for Plaintiffs
   Dora Baires, individually, and on behalf of the estate of Juan Carlos Baires; and Teofilo Miranda

DATED:  August 19, 2010     MELINDA HAAG, United States Attorney

By  /s/
   Abraham A. Simmons
   Assistant United States Attorney
   Attorneys for Federal Defendants

DATED:  August 19, 2010     THERESA A. GOLDNER, County Counsel

By  /s/
   Scott Fontes, Deputy County Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**The hearing on Defendant's Motion to Dismiss is continued to September 3, 2010 at 10:00 a.m.**

DATED:  August 24, 2010     _____
   HONORABLE CHARLES R. BRYER
   United States District Court Judge

2