MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
Email: abraham.simmons@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA BAIRES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; et al.,<br><br>Defendants. | No.: C 09-05171 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>Honorable Charles R. Breyer |

**STIPULATION AND [PROPOSED] ORDER**

The parties hereby jointly request that this Court enter the following Order regarding further briefing of Federal Defendant's Motion To Dismiss Plaintiffs' Third Amended Complaint and related papers:

The Federal Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint and the Request for Judicial Notice filed herewith shall be deemed timely filed;

Plaintiffs shall have until and including November 4, 2011 to file a response to the motion;

Federal Defendants' optional reply brief, if any, shall be filed on or before November 25, 2011;

The hearing on Federal Defendants' motion shall be continued until December 2, 2011.

These adjustments to the briefing and hearing schedule have been agreed to in order to allow the parties sufficient time to adequately brief the issues for the Court's consideration.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: September 15, 2011.          REED SMITH LLP

By   /s/
  Jayne E. Fleming
  James M. Wood
  Attorneys for Plaintiffs
  Dora Baires, individually, and on behalf of the
  estate of Juan Carlos Baires; and Teofilo Miranda

DATED: September 15, 2011          MELINDA HAAG
          United States Attorney

By   /s/
  ABRAHAM A. SIMMONS
  Assistant United States Attorney
  Attorneys for Defendant United States

DATED: September 15, 2011          THERESA A. GOLDNER,
          County Counsel

By   /s/
  Scott Fontes
  Deputy County Counsel

**[~~PROPOSED~~] ORDER**

It is so **Ordered.**

DATED: __September 19__, 2011

_____
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

– 2 –
STIPULATION AND PROPOSED ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware