1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORA BAIRES, et al.

      Plaintiffs,                    No. 09-05171 CRB (EDL)

      v.                          ORDER EXCUSING ATTENDANCE
                                              AT SETTLEMENT CONFERENCE

THE UNITED STATES OF AMERICA, et al.

      Defendants.
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated April 25, 20120, Kern County Sheriff's Department risk manager Tom Newell requested to be excused from personally appearing at the settlement conference scheduled for May 9, 2012. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Mr. Newell be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on May 9, 2012.

If the Court concludes that the absence of Mr. Newell is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. Newell.

IT IS SO ORDERED.

Dated: April 30, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge