UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORA BAIRES, et al.

    Plaintiffs,

    v.

THE UNITED STATES OF AMERICA, et al.

    Defendants.
_____/

No. 09-05171 (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated November 13, 2012, Kern County Sheriff's Department risk manager Tom Newell requested to be excused from personally appearing at the settlement conference scheduled for November 30, 2012. Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Mr. Newell be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on November 30, 2012.

If the Court concludes that the absence of Mr. Newell is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. Newell.

IT IS SO ORDERED.

Dated: November 14, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge