UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORA BAIRES

    Plaintiff(s),           No. C-09-05171 CRB (EDL)

  v.                        NOTICE OF CONTINUANCE
                               OF FURTHER SETTLEMENT CONFERENCE

THE UNITED STATES OF AMERICA

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the further settlement conference scheduled for March 7, 2013, at 9:30 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until June 5, 2013, at 9:30 a.m.

Further Settlement Conference statements, if not previously submitted, are due May 24, 2013. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 11, 2013

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge