1  Steven M. Kohn (SBN 61758)
   Email:  SKohn@reedsmith.com
2  Jayne Fleming (SBN 209026)
   Email:  JFleming@reedsmith.com
3  Daniel B. Ruby (SBN 281196)
   Email:  DRuby@reedsmith.com
4  REED SMITH LLP
5  101 Second Street, Suite 1800
   San Francisco, CA  94105-3659
6  Telephone:     +1 415 543 8700
7  Facsimile:     +1 415 391 8269

8  Attorneys for Plaintiffs Dora Baires,
   individually, and on behalf of the estate of Juan
9  Carlos Baires; and Teofilo Miranda

10 MELINDA HAAG (SBN 132612)
11 United States Attorney
   ABRAHAM A. SIMMONS (SBN 14600)
12 Email:  Abraham.simmons@usdoj.gov
   Assistant United States Attorney
13 450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
14 Telephone: 415 436 7264
15 Facsimile: 415 436 6748
   Attorneys for Defendant UNITED STATES OF
16 AMERICA

17 THERESA A. GOLDNER, COUNTY
   COUNSEL
18 COUNTY OF KERN, STATE OF
19 CALIFORNIA
   By Marshall Scott Fontes Deputy (SBN 139567)
20 Email:  mfontes@co.kern.ca.us
   Administrative Center
21 1115 Truxtun Avenue, Fourth Floor
22 Bakersfield, California 93301
   Telephone: 661 868 3800
23 Attorneys for Defendants COUNTY OF KERN,
   et al.

24

25                    UNITED STATES DISTRICT COURT

26                    NORTHERN DISTRICT OF CALIFORNIA

27

28

| | |
|---|---|
| DORA BAIRES, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, et al. <br><br> Defendants. | No.: CV 09-5171 CRB <br><br> **AMENDED STIPULATION AND ORDER** <br><br><br> *Honorable Charles R. Breyer* |

In order to complete pending depositions and production of documents and to facilitate expert discovery, counsel for the parties have met and conferred regarding the need for a short extension of the current February 28, 2013 deadline for completion of fact discovery and regarding a schedule for expert discovery and motion practice.  The parties hereby stipulate to the schedule set forth below and respectfully request the Court's approval:

Completion of fact discovery: April 3, 2013

Designation of Plaintiffs' expert reports:  May 10, 2013

Designation of Defendants' expert reports:  May 31, 2013

Designation of suppl./rebuttal experts:  June 14, 2013

Completion of expert discovery:  July 31, 2013

Dispositive motions filed by:  August 16, 2013

Dispositive motions heard by:  September 20, 2013

Pre-trial conference:  October 10, 2013

Trial: The parties propose a trial date of November 4, 2013, or a date thereafter convenient to the Court.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

No.: CV 09-5171 CRB                                                    - 2 -

AMENDED STIPULATION AND [PROPOSED] ORDER

**IT IS SO STIPULATED.**

DATED: February 21, 2013.

    REED SMITH LLP

    By   */s/ Steven M. Kohn*
       Steven M. Kohn
       Attorneys for Dora Baires, individually, and on behalf of the estate of Juan Carlos Baires; and Teofilo Miranda

DATED: February 21, 2013.

    MELINDA HAAG, United States Attorney

    By   */s/ Abraham A. Simmons*
       Abraham A. Simmons, Assistant U.S. Attorney
       (as authorized on February 21, 2013)
       Attorneys for Defendant United States and Brian Myrick

DATED: February 21, 2013.

    THERESA A. GOLDNER, County Counsel

    By   */s/ Marshall Scott Fontes*
       Marshall Scott Fontes, Deputy
       (as authorized on February 21, 2013)
       Attorneys for Defendant County of Kern, et al.

**IT IS SO ORDERED.**

DATED: February 25, 2013.

    The Hono[rable]
    United Sta[tes]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" stamp signed by Judge Charles R. Breyer]*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware