1   Steven M. Kohn (SBN 61758)
    Email:  skohn@reedsmith.com
2   REED SMITH LLP
    101 Second Street, Suite 1800
3   San Francisco, CA  94105-3659
    Telephone:     +1 415 543 8700
4   Facsimile:     +1 415 391 8269
    Attorneys for Plaintiffs
5   * Additional Attorneys for Plaintiffs on Following Page

6   MELINDA HAAG (SBN 132612)
    United States Attorney
7   ABRAHAM A. SIMMONS (SBN 14600)
    Email: Abraham.Simmons@usdoj.gov
8   Assistant United States Attorney
9   450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
10  Telephone: (415) 436-7264
    Facsimile: (415) 436-6748
11  Attorneys for Defendant UNITED STATES OF
    AMERICA
12  * Additional Attorneys for Defendant United States of
    America, et al.  on Following Page
13

14  THERESA A. GOLDNER, COUNTY COUNSEL
    COUNTY OF KERN, STATE OF CALIFORNIA
15  By Marshall Scott Fontes Deputy (SBN 139567)
    Email:  mfontes@co.kern.ca.us
16  Administrative Center
17  1115 Truxtun Avenue, Fourth Floor
    Bakersfield, California 93301
18  Telephone: (661) 868-3800
    Attorneys for Defendants COUNTY OF KERN, et al.
19  * Additional Attorneys for Defendant County of Kern,
    et al.  on Following Page
20

21              UNITED STATES DISTRICT COURT

22              NORTHERN DISTRICT OF CALIFORNIA

23  DORA BAIRES, et al.,                    No.:  C 09-05171 CRB

24                      Plaintiffs,         **STIPULATION AND ORDER**

25          vs.

26  THE UNITED STATES OF AMERICA; et al.,   *Honorable Charles R. Breyer*

27                      Defendants.

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

Jayne E. Fleming (SBN 209026)
Email: jfleming@reedsmith.com
Benjamin D. Spohn (SBN266746)
Email:  bspohn@reedsmith.com
Daniel B. Ruby (SBN 281196)
Email:  druby@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

**ADDITIONAL COUNSEL FOR FEDERAL DEFENDANTS**

Alex Tse (SBN 152348)
Chief, Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495

**ADDITIONAL COUNSEL FOR DEFENDANTS COUNTY OF KERN, ET AL.**

Robert K. Lawrence, SBN 83600
Email: Lawrence@bjorklaw.com
Elizabeth K. Ryan, SBN 117369
Email: eryan@bjorklaw.com
Robyn D. Roberts, SBN 136208
Email: rroberts@bjorklaw.com
BJORK LAWRENCE
1850 Mt. Diablo Boulevard, Suite 120
Walnut Creek, California  94596
Telephone:     (925) 279-1150
Facsimile:      (925) 279-1160

STIPULATION AND [PROPOSED] ORDER

Counsel for Plaintiffs, Defendant United States and Defendant Brian Myrick have met and conferred regarding the need for a revised briefing schedule for a motion for summary judgment that was filed by Defendant United States on Friday May 24, 2013, seeking dismissal of Plaintiffs' claims under the FTCA.  Because the motion was filed nearly 30 days beyond the date initially agreed by the parties, the parties have stipulated as follows:

1.     Plaintiffs will file their opposition to the motion for summary judgment no later than June 17, 2013, and plaintiffs shall have up to 40 pages in their opposition.  The United States will have up to 20 pages for its reply.

2.     The due date for the reply brief of the United States will be after the settlement conference with Magistrate Judge La Porte which is now scheduled for June 20, 2013.

3.     Defendant Myrick may file his motion for summary judgment, if any, in accordance with the previously-established deadlines set by the court or earlier, if he chooses to do so.

**IT IS SO STIPULATED.**

DATED:  May 31, 2013.

REED SMITH LLP

By     */s/ Steven M. Kohn*
Steven M. Kohn
Attorneys for Dora Baires, individually, and on behalf of the estate of Juan Carlos Baires; and Teofilo Miranda

DATED:  May 31, 2013.

MELINDA HAAG, United States Attorney

By     */s/ Abraham A. Simmons*
Abraham A. Simmons, Assistant U.S. Attorney
Attorneys for Federal Defendants

STIPULATION AND [PROPOSED] ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2   DATED:  May 31, 2013.

3                                               THERESA A. GOLDNER, County Counsel

4

5                                               By____/s/ Marshall Scott Fontes_____
                                                    Marshall Scott Fontes, Deputy
6                                                   (as authorized on February 21, 2013)
                                                    Attorneys for Defendant County of Kern, et al.

7

8   DATED:  May 31, 2013.

9                                               BJORK LAWRENCE

10

11                                              By____/s/ Robert Lawrence_____
                                                    Robert Lawrence
12                                                  Attorneys for Defendant County of Kern, et al.

13

14  **IT IS SO ORDERED.**

15

16      DATED:   June 11, 2013.

17      _____
        The Honorable C...
18      Unite...



19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware