Steven M. Kohn (SBN 61758)
Email: skohn@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269
Attorneys for Plaintiffs
*Additional Attorneys for Plaintiffs on Following Page*

MELINDA HAAG (SBN 132612)
United States Attorney
ABRAHAM A. SIMMONS (SBN 14600)
Email: Abraham.Simmons@usdoj.gov
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
Attorneys for Defendant UNITED STATES OF AMERICA
*Additional Attorneys for Defendant United States of America, et al. on Following Page*

THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Marshall Scott Fontes Deputy (SBN 139567)
Email:  mfontes@co.kern.ca.us
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 868-3800
Attorneys for Defendants COUNTY OF KERN, et al.
*Additional Attorneys for Defendant County of Kern, et al. on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA BAIRES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA; et al., <br><br> Defendants. | No.:  C 09-05171 CRB <br><br> **STIPULATION AND ORDER REGARDING BRIEFING** <br><br> Complaint Filed:     October 30, 2009 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## ADDITIONAL COUNSEL FOR PLAINTIFFS

Jayne E. Fleming (SBN 209026)
Email: jfleming@reedsmith.com
Benjamin D. Spohn (SBN266746)
Email: bspohn@reedsmith.com
Daniel B. Ruby (SBN 281196)
Email: druby@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

## ADDITIONAL COUNSEL FOR FEDERAL DEFENDANTS

Alex Tse (SBN 152348)
Chief, Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495

## ADDITIONAL COUNSEL FOR DEFENDANTS COUNTY OF KERN, ET AL.

Robert K. Lawrence, SBN 83600
Email: Lawrence@bjorklaw.com
Elizabeth K. Ryan, SBN 117369
Email: eryan@bjorklaw.com
Robyn D. Roberts, SBN 136208
Email: rroberts@bjorklaw.com
BJORK LAWRENCE
1850 Mt. Diablo Boulevard, Suite 120
Walnut Creek, California 94596
Telephone:     (925) 279-1150
Facsimile:      (925) 279-1160

STIPULATION AND ORDER REGARDING BRIEFING

1    Counsel for the Kern County defendants filed motions for summary judgment relating to

2   both Plaintiffs on August 16, 2013.  In view of this, the parties in the above-captioned matter jointly

3   request that this Court enter an order for the following briefing schedule:  Plaintiffs' oppositions to

4   both of these motions shall be filed no later than September 10, 2013.

5

6       **IT IS SO STIPULATED.**

7

8

9   DATED:  September 4, 2013          REED SMITH LLP

10

11  By____/s/ Steven M. Kohn_____
        Steven M. Kohn
12      Attorneys for Plaintiffs
        Dora Baires, individually, and on behalf of the
13      Estate of Juan Carlos Baires; and Teofilo Miranda

14  DATED:  September 4, 2013          MELINDA HAAG, United States Attorney

15

16

17  By____/s/ Abraham A. Simmons_____
        Abraham A. Simmons, Assistant U.S. Attorney
18      Attorneys for Defendant United States

19

20  DATED:  September 4, 2013          THERESA A. GOLDNER, County Counsel

21

22  By____/s/ Marshall Scott Fontes_____
        Marshall Scott Fontes, Deputy
23      Attorneys for Defendant County of Kern, et al.

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   DATED:  September 4, 2013          BJORK LAWRENCE

2

3                                      By_____/s/ Robert Lawrence_____
                                           Robert Lawrence
4                                          Attorneys for Defendant County of Kern, et al.

5

6   **IT IS SO ORDERED**.

7

8

9   Dated September  6, 2013          UNITED STATES DISTRICT COURT



The Hon. Charles R. Breyer
United States District Court Judge

Judge Charles R. Breyer

REED SMITH LLP
A limited liability partnership formed in the State of Delaware