IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA BAIRES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. C 09-05171 CRB<br><br>**ORDER DENYING MOTION TO STAY AND RESETTING DATES** |

    Federal Defendants have moved to stay proceedings in this case until Congress restores funding for the Department of Justice. See generally Mot. to Stay (dkt. 229).[1] Federal Defendants also seek to vacate the due date for their Reply Brief in Support of Defendants' Motions for Summary Judgment. Id. at 1. In the interest of avoiding undue delay, the Court DENIES Federal Defendants' Motion, but RE-SETS the following dates: Federal Defendants' Reply Brief will be due by November 8, 2013, and the hearing on

//
//
//
//

---

[1] Federal Defendants note, however, that "[i]n the event the instant administrative motion is denied and the Court declines to continue the hearing date, an attorney from the Department of Justice will file an opposition and appear at the scheduled hearing on November 8, 2013, and will be prepared to argue the motion on behalf of Federal Defendants." Id. at 2.

Defendants' Motions for Summary Judgment will be held on December 13, 2013.

**IT IS SO ORDERED.**

Dated: October 2, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5171\order re motion to stay.wpd 2