IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA BAIRES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. C 09-05171 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Defendant Brian Myrick's Motion for Summary Judgment argues that Myrick is entitled to qualified immunity for his actions pertaining to Juan Carlos Baires. See MSJ (dkt. 211) at 14. Plaintiff Dora Baires's Opposition to that motion does not address the issue of qualified immunity at all. See generally Opp'n (dkt. 227). The Court is inclined to conclude that Plaintiff concedes this issue. See, e.g., In re Online DVD Rental Antitrust Litig., No. 09-2029 PJH, 2011 WL 5883772, at *12 (N.D. Cal. Nov. 23, 2011) (absent unusual circumstances, failure to respond to argument on merits "viewed as grounds for waiver or concession of the argument"). For the sake of clarity, Plaintiff is ORDERED TO SHOW CAUSE why the Court should not find that Myrick is entitled to qualified immunity. Plaintiff's response should be no more than ten (10) pages and shall be filed, and chambers

//

//

copies delivered, by <u>noon on Monday November 25, 2013</u>

**IT IS SO ORDERED.**

Dated: November 20, 2011

CHARLES R. BREYER

UNITED STATES DISTRICT JUDGE