THERESA A. GOLDNER, COUNTY COUNSEL
By: Marshall S. Fontes, Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxton Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805

Robert K. Lawrence (SBN 83600)
Elizabeth K. Ryan (SBN 117369)
Robyn D. Roberts (SBN 136208)
BJORK LAWRENCE
1850 Mt. Diablo Boulevard, Suite 120
Walnut Creek, California 94596
Telephone: (925) 279-1150
Facsimile: (925) 279-1160

Attorneys for Defendants
County of Kern, Kern County Sheriff's
Department, Kern Medical Center, Lerdo Detention
Facility, Donald Youngblood and Khosrow
Mostofi, M.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA BAIRES, individually, and on behalf of the estate of JUAN CARLOS BAIRES; and TEOFILO MIRANDA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; THE DIVISION OF IMMIGRATION HEALTH SERVICES; et al.,<br><br>Defendants. | **Case No. 3:09-cv-05171 CRB (EDL)**<br><br>**ORDER GRANTING THE REQUEST OF DEFENDANTS COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, KERN MEDICAL CENTER, LERDO DETENTION FACILITY, DONALD YOUNGBLOOD AND KHOSROW MOSTOFI, M.D. TO FILE A SUR-REPLY BRIEF IN RESPONSE TO THE SUR-REPLY BRIEF FILED BY DORA BAIRES REGARDING THE KERN DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 13, 2013<br>Time: 10:00 am<br>Dept.: 8 (19th Floor)<br>Judge: Hon. Charles Breyer |

-1-
**ORDER RE: KERN DEFS REQ TO FILE A SUR-REPLY BRIEF (BAIRES) Case No. 3:09-cv-05171 CRB EDL**

-2-

1  WHEREAS, on November 19, 2013, the Court issued an Order granting Plaintiff's request to file a Sur-Reply Brief with regard to the Kern Defendants Motion for Summary Judgment or in the Alternative Summary Adjudication Motion;

WHEREAS, the Kern Defendants requested the opportunity to respond to Plaintiff's Sur-Reply Brief;

NOW THEREFORE, Good Cause Appearing, IT IS HEREBY ORDERED that the Kern Defendants' Request to Respond to Plaintiff's Sur-Reply Brief is GRANTED and all such briefing shall be filed on or before December 9, 2013.

Dated:  November 22, 2013        **UNITED STATES DISTRICT COURT**

_____
Honorable Charles R. Breyer

