IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA BAIRES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. C 09-05171 CRB<br><br>**ORDER DENYING APPLICATION FOR CONTINUANCE** |

County Defendants' Ex Parte Application for Continuance of Trial (dkt. 249) is DENIED.

**IT IS SO ORDERED.**

Dated: January 17, 2014

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5171\order re continuance.wpd